Soghomon ABOVIAN; Lousine Abovian; Iskoui Abovian, Petitioners,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 98–70934.

United States Court of Appeals, Ninth Circuit.

Oct. 12, 2000.

Yeu S. Hong, Popkin, Shamir & Golan, Los Angeles, California, for the petitioners.

Robbin K. Blaya, Civil Division, Department of Justice, Washington, D.C., for the respondent.

Before: WALLACE, PREGERSON, and THOMAS, Circuit Judges.

ORDER

The Opinion filed on July 19, 2000 [219 F.3d 972], is amended as follows:

On slip Opinion page 8464, line 21 [219 F.3d at 978], after the sentence "Here, the IJ did not make a credibility finding," please insert the following text: "Where the IJ makes no credibility finding, the petitioner's credibility is pre-

sumed. *See Canjura–Flores v. INS,* 784 F.2d 885, 888–89 (9th Cir.1985)."

UNITED STATES of America, Plaintiff–Appellee,

v.

Javier RIVERA–SANCHEZ, aka Jose Sanchez, Defendant–Appellant.

No. 99–10275.

United States Court of Appeals, Ninth Circuit.

Oct. 18, 2000.

Before: HUG, Chief Judge.

ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.